1054

[No. 74057-1-I.   Division One.   August 29, 2016.]

ROGER RESSMEYER, *Respondent*, v. STEVEN MARSHALL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-23231-4, Mariane C. Spearman, J., entered June 23, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Leach, J.

[No. 74258-2-I.   Division One.   August 29, 2016.]

TERENCE BUTLER, *Respondent*, v. RANDALL T. THOMSEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-17996-9, Douglass A. North, J., entered October 22, 2015. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 46400-4-II.   Division Two.   August 30, 2016.]

ARTHUR WEST, *Appellant*, v. THE EVERGREEN STATE COLLEGE BOARD OF TRUSTEES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00987-0, Chris Wickham, J., entered June 27, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 46912-0-II.   Division Two.   August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES SCOTT CLOUD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02535-3, Jack F. Nevin, J., entered November 18, 2014. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Maxa, J.